E. LEIF REID, SBN 5750
KRISTEN L. MARTINI, SBN 11272
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: 775.823.2900
Fax: 775.823.2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDON ANSARI an individual;<br><br>Plaintiff,<br><br>v.<br><br>VALENTINO, USA, INC., a foreign corporation; DOES I through X, inclusive; and ROE Corporations XX through XXX, inclusive,<br><br>Defendants. | **CASE NO. 2:17-cv-01690-JAD-CWH**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)) AND ORDER**<br><br>ECF No. 14 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

103202539_1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Andon Ansari shall and hereby does voluntarily dismiss the above-captioned action in its entirety with prejudice.

Each party shall bear its own attorney fees and costs.

DATED this 8th day of January, 2018.

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | LAW OFFICES OF BYRON THOMAS |
| By: /s/ Kristen L. Martini<br>E. Leif Reid, Bar No. 5750<br>Kristen L. Martini, Bar No. 11272<br>One East Liberty Street, Suite 300<br>Reno, Nevada 89501<br>Phone: (775) 823-2900<br>Facsimile: (775) 823-2929 | By: /s/ Byron E. Thomas<br>Byron E. Thomas, ESQ.<br>Nevada Bar No. 8906<br>3275 S. Jones Blvd. Ste. 104<br>Las Vegas, Nevada 89146<br>Phone: (702) 747-3103<br>Facsimile: (702) 543-4855 |
| *Attorneys for Defendant Valentino U.S.A. Inc.* | *Attorney for Plaintiff Andon Ansari* |

### ORDER

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
January 8, 2018

103202539_1